# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| NICOLE TAYLOR,<br><br>      Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK,<br><br>      Defendant. | **Case No.: 2:20-cv-04559-EAS-KAJ**<br><br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that Plaintiff Nicole Taylor and Defendant JPMorgan Chase Bank (together, the "Parties") have settled all claims between them in this matter. Plaintiff and Defendant are in the process of completing the final settlement documents and expect to file a Notice of Voluntary Dismissal with Prejudice within the next forty-five (45) days. Plaintiff requests that the Court vacate all pending deadlines and hearings in this matter. The Parties request that the Court retain jurisdiction over the matter for the purpose of enforcement of the settlement.

                                                                                                  RESPECTFULLY SUBMITTED

                                                                                                  **COZMYK LAW OFFICES, LLC**

Date: November 16, 2020                            */s/ Peter Cozmyk*
                                                                              Peter Cozmyk (Bar #78862)
                                                                              6100 Oak Tree Blvd., Suite 200
                                                                              Independence, Ohio 44131
                                                                              pcozmyk@cozmyklaw.com
                                                                              T: (877) 570-4440
                                                                              F: (216) 485-2125
                                                                              *Attorneys for Plaintiff*
                                                                              *Nicole Taylor*

-2/2-

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/ Peter Cozmyk*
Peter Cozmyk (Bar #78862)