IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

NICOLE TAYLOR,

      Plaintiff,

                                  Civil Action 2:20-cv-4559
                                  Judge Edmund A. Sargus, Jr.
  v.                                 Magistrate Judge Jolson

JPMORGAN CHASE BANK,
      Defendant.

## ORDER

This case has been reported settled.  **A Telephonic status conference will be held on January 7, 2021, at 10:00 a.m., unless the dismissal entry is received prior to that time.**

IT IS SO ORDERED.

Date:  November 17, 2020                        /s/ Kimberly A. Jolson
                                                          KIMBERLY A. JOLSON
                                                           UNITED STATES MAGISTRATE JUDGE